IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 2:14-cr-20027-01

WILLIAM ALEXANDER DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 103. Judge Ford recommended that Defendant's Motion for Reduction of Sentence (ECF No. 101) be denied and dismissed with prejudice for the following reasons. First, Judge Ford concluded that Defendant did not exhaust his administrative remedies before filing his motion for compassionate release. Second, Judge Ford concluded that Defendant is not eligible for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Third, Judge Ford concluded that Defendant fails to meet the eligibility criteria for a sentence reduction as a "zero-point offender" under the United States Sentencing Guidelines § 4C1.1. Defendant has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 103) in its entirety. Accordingly, Defendant's Motion for Reduction of Sentence (ECF No. 101) is hereby **DENIED.**

**IT IS SO ORDERED**, this 16th day of November, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge